# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4681
_____

HENRY JAMES LAGI,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis Allman, Judge.

February 5, 2019

PER CURIAM.

   Appellant seeks review of an order denying his motion for psychological evaluation.  The order on appeal is not within the scope of Florida Rule of Appellate Procedure 9.140(b), which lists the types of orders a criminal defendant may appeal. Accordingly, the appeal is dismissed for lack of jurisdiction.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Henry James Lagi, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.